AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

___SOUTHERN___ District of ___OHIO___

UNITED STATES OF AMERICA

V.

OTTO JOHNSON

**WARRANT FOR ARREST**

Case Number: 1:02 CR 00137

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___OTTO JOHNSON___
                                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

(SEE ATTACHED)

in violation of Title _____ United States Code, Section(s) _____

___JAMES BONINI___
Name of Issuing Officer

___CLERK___
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

___DECEMBER 10, 2004 CINCINNATI, OHIO___
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____