## CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                     Case 1:02cr137

     vs

OTTO JOHNSON

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:       Ditigal recording
Date:              12/27/05

Attorney for USA:           *Ralph Kohnen*
Attorney for Defendant:      Federal Public Defender  *C. Ransom Hudson*

__✓__ Initial appearance held. Defendant informed of rights and charges.

__✓__ Case continued for Probable Cause Hearing _____ Detention Hearing __✓__
_____ on _Thurs. 12/29/05 1:30_
_____ Probable cause hearing held/waived.  Defendant to appear before District Judge
_____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks: _____
_D to retain counsel_____
_____
_____