UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                 Case No. 1:2cr137

    v.

<u>OTTO JOHNSON</u>
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

Courtroom Deputy: **Jan Lahley**
Court Reporter:
Date/Time:    12/29/05, 1:30
United States Attorney:    Ralph Kohnen
Defendant Attorney    Defendant to retain counsel *Greg Cohen - retained*

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; [X] petition for supervised release*

[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

|Detention| Hearing: [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

[X] *Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____

AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: