IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: CR-1-02-137 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| OTTO JOHNSON | | |
| | : | |
| Defendant | | |
| | : | |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, January 18, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                      ___s/Herman J. Weber_____
                                          Herman J. Weber, Senior Judge
                                           United States District Court