UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
        -vs-                                                              CASE NO. CR-1-02-137
**OTTO JOHNSON**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Ralph Kohnen
DEFENSE: Greg Cohen

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Betty Schwab (Official)

Courtroom Deputy Darlene Maury

Probation Officer Bob Fromeyer

DATE: Wednesday, January 18, 2006
TIME: 10:00 a.m. - 10:35 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF TWELVE (12) MONTHS and ONE DAY** and following incarceration, shall serve a term of Supervised Release of **ONE (1) YEAR**.

**The Defendant Is Further Ordered to Abide by the Special Conditions and Standard Conditions of Supervised Release for the Southern District of Ohio.**

Defendant shall pay the balance of the original fine imposed. Payment schedule established by the Court.

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.