PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Otto Johnson**                                  Case Number: **1:02CR00137**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **September 17, 2003**

Original Offense: **Possession with Intent to Distribute Marijuana, in violation of 21 USC §§ 841 (a)(1) and (b)(1)(D), a class D felony.**

Original Sentence:   **15 months BOP confinement, 3 years supervised release. On January 18, 2006, Supervised Release was revoked, 12 months and one day BOP confinement, 1 year supervised release.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **November 6, 2006**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:**<br><br>On March 31 and April 2, 2007, Johnson was cited by the Cincinnati Police on charges of Driving Under Suspension in both instances. He was also cited for a traffic control device violation in the second incident. All of the charges are still pending in Hamilton County Municipal Court. |
| #2 | **Special Condition #5–The defendant shall pay the balance of the fine originally ordered at sentencing through monthly installments of $10.00 per month.**<br><br>Johnson was released onto supervision in November 2006, and did not meet the court ordered pay agreement through March 2007. However, he paid $60.00 on April 9, 2007 and is now current with the Court's order. |

**U.S. Probation Officer Action:**

Johnson disclosed the traffic citations in our recent reporting appointment. This officer counseled Johnson about his need to abide by the law in relation to his inability to drive. Johnson stated he was trying to go through the License Intervention Program (LIP) program through Hamilton County in order to try and straighten out his driving suspension and actually get his driver's license. This officer had previously

PROB 12A
(12/98)

2

counseled Johnson about his need to make the court ordered payments as required. Johnson agreed to make a lump sum payment to catch up on his obligation, which he did on April 9, 2007.

This officer is respectfully recommending no action be taken on the violations and the matters be considered closed.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *(signature)* | by *(signature)* |
|  | Robert C. Frommeyer Jr. | John Cole |
|  | U.S. Probation Officer | Supervising U.S. Probation Officer |
|  | Date:  April 11, 2007 | Date:  April 11, 2007 |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

4/12/07
_____
Date